AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**FILED**

JAN 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

v.

MCDAVID, ET AL.,

Case No. MAG-06-0021-GGH

| PRESIDING JUDGE<br>GREGORY G. HOLLOWS | PLAINTIFF'S ATTORNEY<br>ELLEN ENDRIZZI AND STEVE LAPHAM | DEFENDANT'S ATTORNEY<br>DAVID DRATMAN AND JEFFREY WEINER |
|---|---|---|
| TRIAL DATE(S)<br>JANUARY 20, 2006 | COURT REPORTER<br>CASEY FORESTER | COURTROOM DEPUTY<br>VALERIE K. CALLEN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 2:39 Witness, Agent Nasson Walker, sworn and testifies. |
| | | | | | Cross Examination by Defense Counsel Jeffrey Weiner |
| | | | | | Re-Direct, Steve Lapham |
| | | | | | Re-Cross |
| | | | | | 3:49 Witness is excused |
| | | | | | 3:55 Testimony of Agent Walker is re-opened. |
| | | | | | Government's Exhibit #1 - Copy of myspace.com |
| | | | | | 4:08 Witness Bruce Malinboff, sworn and testifies |
| | | | | | Government's Exhibit #2 Alert and Updates on Accused ELF Prisoners In Sacramento |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



About | Contact | Subscribe | Calendar | Publish | Print | Radio

**Regions**
- north coast
- central valley
- north bay
- east bay
- south bay
- san francisco
- peninsula
- california
- us
- international

**Topics**
- animal lib
- anti-war
- arts + action
- drug war
- education
- en español
- environment
- globalization
- government
- health/housing
- immigrant
- media
- labor
- lgbti / queer
- police state
- race
- womyn

**International**
- americas
- haiti
- iraq
- palestine
- afghanistan

**More**
- make media
- get involved
- gallery
- archives
- torrents
- links
- chat
- txtmob

Search

printable version - email this article

## ALERT AND UPDATES ON ACCUSED ELF PRISONERS IN SACRAMENTO
by Sacramento Prisoner Support Wednesday, Jan. 18, 2006 at 12:17 AM
sacprisonersupport[at]riseup[dot]net

Alert, Updates, and Court Reportback from the recents arrests in Auburn, CA. Zachary Jenson, Eric McDavid, and Lauren Weiner are being accused by the government of being members of the ELF

download PDF (772.2 kibibytes)

Please circulate widely-

**GOVERNMENT EXHIBIT**

Eric McDavid, Zachary Jenson and Lauren Weiner were arrested on Friday in Auburn, California and accused of "conspiring to damage or destroy by explosive or fire" cell phone towers, power plants and US Forest Service facilities. They are accused of being members of an Earth Liberation Front cell and are currently being held in the Sacramento County Main Jail.

We have been in contact with all three prisoners and they have all requested prisoner support, including: receiving letters, books and assistance in obtaining legal counsel. When writing to the prisoners, please do not discuss their cases at all. Any mail addressed improperly will not be delivered. Use their proper names and refrain from discussing issues related to their charges. Remember, all mail is opened and read by the government and can be used in court. Mailing instructions are below. Please follow them carefully or the prisoners will not receive what you send them. When sending literature please keep in mind the nature of the charges against them and do not send anything which could potentially be damaging to their case.

Eric would like books about new physics, philosophy, alternative health and yoga. Zachary would like non-fiction accounts of traveling and is also interested in personal 'zines [ we do not know if 'zines will get into the jail; for the best results have them sent through a publisher such as AK Press ]. Lauren would like books about prison issues and is interested in historical political prisoners.

We are asking that everyone wait until the prisoners and their lawyers have had an opportunity to develop defense strategies before organizing any activities on their behalf other than letter writing.

Lauren is severely lactose intolerant has requested nutritious vegan meals. She says she has not been able to get enough vegan protein. She would like people to call or write the jail and request that she be given nutritious vegan meals and be given access to the commissary, which she has so far been denied. She is currently in isolation and has only been allowed to leave her cell for visits and court. Zachary is vegetarian and would like people to call and/or write the jail and request that he be given vegetarian meals.

Please politely contact the Jail to request that they receive access to the commissary and meals that accomodate their diets:

Sacramento County Main Jail
651 I Street
Sacramento, CA 95814

ALERT AND UPDATES ON ACCUSED ELF PRISONERS IN SACRAMENTO : SF B... Page 2 of 5



**Listen**
Live stream from Enemy Combatant Radio.

**Fault Lines**
SF Bay Area IMC's newspaper



**IMC Space**
2940 16th Street
Suite 216
SF, CA 94103
(415) 864-1006

**Donate**
Help support grassroots independent media.



$3.01 donated in past month

**IMC Network**
indymedia.org

**africa**
ambazonia
canarias
estrecho / madiaq
nigeria
south africa

**asia**
jakarta

**canada**
hamilton
maritimes
montreal
ontario
ottawa
quebec
thunder bay
vancouver
victoria
windsor
winnipeg

**east asia**
burma
japan
manila
qc

**europe**
alacant
andorra
antwerpen
athens
austria

916.874.6752

Initial Court Appearance Reportback:

The three defendants were read their charges, which (as of now) consist of a charge of conspiracy to damage or destroy public and private infrastructure by explosives or fire. This charge carries a sentence of 5-20 years in prison. The charges will be more clear when the indictment (a rubber stamp from a grand jury for the government to prosecute the case) is delivered and the charges become official. The criminal complaint was made available today; it indicates that the case is primarily based upon the testimony of a confidential informant who was paid by the FBI and 'embedded' within the alleged ELF cell. According to the criminal complaint this person has been an informant in 12 other 'anarchist cases' and has agreed to testify in open court.

Detention hearings have been set for Friday, Jan 20th for Lauren, and Tuesday, January 24th for both Eric and Zachary. These hearings will determine whether or not they will be eligible for bail. The US Attorney who is prosecuting the case, Ellen Endrizzi, did her best to demonize the three and create the illusion that if bailed out they would flee and put the public at risk. Lauren, Zachary and Eric are facing serious charges, but the rapid and caring response of their families and concerned supporters as well as their tenacious assertion of their rights are helping to give their cases a promising start.

For questions about supporting the three prisoners please contact sacprisonersupport@riseup.net
Thanks,
Sac Prisoner Support

These are the addresses of the prisoners:

WEINER, LAUREN X-4198634 7W419
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

MCDAVID, ERIC X-2972521 4W114A
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

JENSON, ZACHARY X-4198632 7E213A
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

Instructions from http://www.sacsheriff.com on correspondence with inmates:
Inmate Mail and Correspondence Information
Correspondence:
ALL correspondence, including money orders, must have a return name and address and be addressed in the following manner:

Inmate's Name, X-Reference number, Housing Location
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

http://www.indybay.org/news/2006/01/1796293.php    1/20/2006

barcelona
belgium
belgrade
bristol
bulgaria
croatia
cyprus
estrecho / madiaq
euskal herria
galiza
germany
grenoble
hungary
ireland
istanbul
italy
la plana
liege
lille
madrid
marseille
nantes
netherlands
nice
norway
oost-vlaanderen
paris/Île-de-france
poland
portugal
romania
russia
scotland
sverige
switzerland
thessaloniki
toulouse
united kingdom
west vlaanderen

**latin america**
argentina
bolivia
brasil
chiapas
chile
colombia
ecuador
mexico
peru
puerto rico
qollasuyu
rosario
santiago
sonora
tijuana
uruguay
valparaiso

**oceania**
adelaide
aotearoa
brisbane
burma
darwin
jakarta
manila
melbourne
perth
qc
sydney

**south asia**
india
mumbai

Example:
Doe, John X-1234567 6W303
Sacramento County Main Jail
651 "I" Street
Sacramento, CA 95814

Books, Newspapers and subscriptions:
Due to the large population of inmates in custody, you must include the inmate's reference number and housing location on all items mailed to the Main Jail. The Jail will not accept books, newspapers or magazines mailed from a book store or an individual. Books, newspapers and magazines will ONLY be accepted directly from the publisher or through online services (Amazon, Barnes and Noble....etc.) on behalf of the inmate. Any material that appears to be obscene or tends to incite murder, arson, riot, racism or otherwise compromises the security of the facility will not be accepted.

The following is a sample of unacceptable items which will be returned to the sender:

- Stationery/Stamps

- Polaroid Pictures

- Photos larger than a standard 35mm size (4x6)

- Stickers on the inside or outside of the envelope/letter

- Any items not listed which may compromise the security of the facility

ALL unacceptable or improperly addressed inmate mail will be returned to sender.

add your comments

**LATEST COMMENTS ABOUT THIS ARTICLE**
Listed below are the 10 latest comments of 4 posted about this article.
These comments are anonymously submitted by website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| Affidavit is interesting | Oaklander | Friday, Jan. 20, 2006 at 9:42 AM |
| READ THE AFFIDAVIT | Deanosor | Thursday, Jan. 19, 2006 at 11:30 AM |
| And that should change | Jails should accomodate | Wednesday, Jan. 18, 2006 at 11:38 AM |