MCGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
ELLEN V. ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 06-MJ-0021 GGH |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S WITNESS LIST FOR DETENTION HEARING** |
| v. | ) |
| ERIC McDAVID, ZACHARY JENSON, and LAUREN WEINER, | ) Date: January 24, 2006<br>) Time: 2:00 p.m. |
| Defendants. | ) Court: Hon. Gregory G. Hollows |

The United States of America hereby submits the following as its list of witnesses who will be called to testify in the detention hearing of Defendants McDavid and Jenson in the above-captioned case. The same witnesses were called during the detention hearing for Defendant Weiner, which occurred on Friday, January 20, 2006.

1) Special Agent Nasson Walker, Federal Bureau of Investigation; and

2) Investigator Bruce Naliboff, Yolo County District Attorney's Office, proffered as an expert in environmental extremism movement and its connections to the Earth Liberation Front and the anarchist movement

The government reserves the right to call, as necessary,

1

additional witnesses in its case-in-chief, and the government also expressly reserves the right to call, as necessary, additional witnesses not listed above in its presentation of evidence rebutting the defendant's case.

Dated: January 24, 2006

                                       Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                             By: /s/ Ellen V. Endrizzi
                                       R. STEVEN LAPHAM
                                       ELLEN V. ENDRIZZI
                                       Assistant U.S. Attorneys